Paul E. Smith, Cal. Bar No. 216644
LAW OFFICES OF PAUL E. SMITH
16870 West Bernardo Dr., Suite 400
San Diego, California 92127
Telephone: (858) 679-3396
Facsimile: (858) 630-4947
psmith@paulsmithlaw.com

Attorney for Plaintiff
LINDA JOHNSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Erin Capital Management LLC; Eltman, Eltman & Cooper P.C.,<br><br>    Defendants. | Case No.: SACV 10-01895 JVS (RNBx)<br><br>NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT (FRCP 68) |

Defendant Linda Johnson hereby accepts Defendants Eltman, Eltman & Cooper, PC and Erin Capital Management, LLC's offer to allow judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure dated January 13, 2011 (served January 17, 2011) as follows: judgment in favor of plaintiff Linda Johnson against defendants Eltman, Eltman & Cooper, PC and Erin Capital Management, LLC in the sum of $2,001.00 plus all court costs and reasonable attorney's fees incurred.

Dated: February 3, 2011                LAW OFFICES OF PAUL E. SMITH


                                       By: _____/s/Paul E. Smith_____
                                            PAUL E. SMITH
                                            Attorney for Plaintiff
                                            LINDA JOHNSON

- 1 -