TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants Erin Capital Management, LLC
And Eltman, Eltman & Cooper, P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Erin Capital Management, LLC;<br>Eltman, Eltman & Cooper, P.C.,<br><br>Defendant. | Case No. SACV 10-01895 JVS (RNBx)<br><br><br><br>**OFFER OF JUDGMENT (FRCP 68)** |

      Defendants Eltman, Eltman & Cooper, PC and Erin Capital Management, LLC hereby offer to allow judgment pursuant to Rule 68 of the *Federal Rules of Civil Procedure* as follows:  Judgment in favor of plaintiff Linda Johnson against defendants Eltman, Eltman & Cooper, PC and Erin Capital Management, LLC in the sum of $2,001.00 plus all court costs and reasonable attorney's fees incurred.

-1-

OFFER OF JUDGMENT            Case No. SACV 10-01895 JVS (RNBx)

Dated: January 13, 2011

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: _____
TIMOTHY P. JOHNSON
Attorneys for Defendants Erin Capital Management, LLC and Eltman, Eltman & Cooper, P.C.

*Johnson v. Erin Capital Management et al.*
**USDC, Case No. SACV 10-01895 JVS (RNBx)**

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, California 92705.

On January 17, 2011, I served a true copy of **OFFER OF JUDGMENT** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[X]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

>   Paul E. Smith
>   LAW OFFICES OF PAUL E. SMITH
>   16870 West Bernardo Dr., Suite 400
>   San Diego, CA  92127

[ ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ ]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on January 17, 2011 at Santa Ana, California.

_____
TIMOTHY P. JOHNSON

-3-

OFFER OF JUDGMENT                             Case No. SACV 10-01895 JVS (RNBx)